**Taurice M. CRISP, Plaintiff–Appellant,**

v.

**NORTH CAROLINA DEPARTMENT OF CORRECTIONS; Doctor Bowman; Mr. Munns; Doctor Shodell, Defendants–Appellees.**

No. 04–7131.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2004.

Decided: Sept. 24, 2004.

Taurice M. Crisp, Appellant pro se.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Taurice M. Crisp seeks to appeal the district court's order directing prison officials to deduct a percentage of his monthly income from his prison account to pay the filing fee. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Crisp seeks to appeal is neither a

final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*